UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **GEOFFREY REESE,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | )   No. 1:14-cv-00244-GZS |
| | ) |
| **ROBERT BOUFFARD, et als.,** | ) |
| | ) |
|     **Defendant** | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 28, 2015, his Recommended Decision (ECF No. 47). Plaintiff filed his Objection to the Recommended Decision (ECF No. 50) on April 1, 2015. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 52) on April 6, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 44) is **GRANTED**.

3. It is hereby **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 51) is **DENIED**.

/s/George Z. Singal\
U.S. District Judge

Dated this 29th day of April, 2015.